ELAINE C. BOYD v. DAVID D. KELLY.

May 30, 1978. Petition for certification denied.

BETTY WUETHRICH v. JOHN DELIA.

May 30, 1978. Petition for certification denied. (See 155 *N. J. Super.* 324)

THOMAS CLARK v. DEPARTMENT OF CIVIL SERVICE OF THE STATE OF NEW JERSEY.

May 30, 1978. Petition for certification denied.

MAUREEN R. O'BRIEN v.
ERIE LACKAWANNA RAILWAY COMPANY.

May 30, 1978. Petition for certification denied.

HILL MANOR APARTMENTS v. HENRIETTA STOKES.

May 30, 1978. Petition for certification denied.

DAVID FLETCHER v. GARY J. HILTON

May 30, 1978. Petition for certification denied.